*76666.0050*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| REFUGIO HUITRON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 2:15-CV-107-AM |
| | § | |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY | § § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2016.

*76666.0050*

**ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.**
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: /s/ Robert F. Scheihing    with permission
ROBERT F. SCHEIHING                 ACR
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

**THE VOSS LAW FIRM**
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Bill.voss@vosslawfirm.com
scott@vosslawfirm.com
clayton@vosslawfirm.com

By: /s/ Clayton Hardin    with permission
CLAYTON HARDIN                 ACR
State Bar No: 24090144
BILL L. VOSS
State Bar No. 24047043
SCOTT G. HUNZIKER
State Bar No. 24032446

**ATTORNEYS FOR PLAINTIFF**

2