IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| REFUGIO HUITRON,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No.<br>§ DR-15-CV-0107-AM/VRG |
| TRAVELERS LLOYDS OF TEXAS<br>INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§ |

### ORDER OF DISMISSAL WITH PREJUDICE

On January 29, 2016, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 12.)

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against Defendant Travelers Lloyds of Texas Insurance Company are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that any other motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 5th day of February, 2016.

ALIA MOSES
UNITED STATES DISTRICT JUDGE