AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
FEB 0 5 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

REFUGIO HUITRON,
   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY.
   Defendant,

CASE NUMBER:   DR-15-CV-0107-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Plaintiff's claims asserted in this suit against Defendant Travelers Lloyds of Texas Insurance Company are DISMISSED WITH PREJUDICE as set forth in the stipulation. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that any other motions pending in the instant action be DENIED as moot and that a clerk's judgment shall immediately issue.

February 05, 2016                                 Jeannette J. Clack
Date                                              Clerk


(By) Deputy Clerk